**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MIGUEL A. GARCIA, individually, and on behalf of all others similarly situated, )
)
Plaintiff, )
) Case No.  2:10-cv-00410-RCJ-GWF
vs. )
) **ORDER**
INTERSTATE PLUMBING & AIR CONDITIONING, LLC, *et al.*, )
)
Defendants. )

This matter is before the Court on the Plaintiffs' Request for Discovery Plan and Scheduling Order (#53), filed September 26, 2011.  Plaintiffs requested an additional 210 days from September 26, 2011 to complete discovery.  The Court conducted a hearing in this matter on October 5, 2011. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Request for Discovery Plan and Scheduling Order (#53) is **granted**.  The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery:  **April 23, 2012**
2. Last date to file interim status report:  **February 23, 2012**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2):  **February 23, 2012**
5. Last date to disclose rebuttal experts:  **March 26, 2012**
6. Last date to file dispositive motions:  **May 23, 2012**

. . .

. . .

7. Last date to file joint pretrial order: **June 22, 2012**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 5th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge